IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD A. SAMPSON,[1] | § | |
| | § | |
| Respondent Below, | § | No. 581, 2018 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| SHARON T. LANDON, | § | File No. CN17-01672 |
| | § | Petition No. 17-08691 |
| Petitioner Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: April 2, 2019
Decided: April 12, 2019

## **ORDER**

It appears to the Court that, on February 14, 2019, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed because of his failure to diligently prosecute the appeal by not paying the Family Court transcript costs. The notice to show cause was later reissued after the initial mailing was returned as undeliverable. The Court then received the certified mail receipt indicating that the reissued notice to show cause was delivered to the appellant on March 23, 2019. The appellant failed to respond to the notice to show

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Justice

2